This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-39688

**RODEO CONSTRUCTION, LLC,**

Plaintiff-Appellee,

v.

**BARBARA AIKINS a/k/a BARBARA J. AIKINS,**

Defendant-Appellant,

and

**THUMBIE AIKINS a/k/a THUMMIE AIKINS a/k/a THUMBIE L. AIKINS; U.S. EAGLE FEDERAL CREDIT UNION; ROGELIO MAGALLANES; ROGELIO MAGALLANES d/b/a ALBUQUERQUE QUALITY FRAMING; ADVANCED AMERICAN CONSTRUCTION; ORLANDO LUCERO; and ALBUQUERQUE PLUMBING, HEATING AND COOLING, INC.,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**Geraldine E. Rivera, District Judge**

CRT Law & Professional Services, LLC
Matthew A. Pullen
Albuquerque, NM

for Appellee

Barbara Aikins
Rio Rancho, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**ATTREP, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**JENNIFER L. ATTREP, Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**MEGAN P. DUFFY, Judge**